UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

STEPHEN CARUSO, et al.,

        Petitioners,

-v-                                   No. 14CV4017-LTS-GWG

DOROTHY WAXMAN, et al.,

        Respondents.

-------------------------------------------------------x

<pre>                           USDC SDNY
                           DOCUMENT
                           ELECTRONICALLY FILED
                           DOC #: _____
                           DATE FILED: SEP 09 2014</pre>

### ORDER

        The Petition, which is unopposed, and to which Petitioners represent that Respondents affirmatively consent (see docket entry no. 10) is granted. The March 18, 2014 Financial Industry Regulatory Authority ("FINRA") award in this case is confirmed. The Court directs FINRA to execute the FINRA Dispute Resolution panel's expungement directive removing all references to the arbitration proceeding from the Central Registration Depository records of Petitioners.

        The Clerk of the Court is requested to enter judgment accordingly and close the case.

Dated: New York, New York
       September 9, 2014

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                       United States District Judge